

# NUMBER 13-19-00551-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE J. MICHAEL MOORE

## On Petition for Writ of Mandamus, Prohibition, and Injunction.

## ORDER

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

Relator J. Michael Moore filed a petition for writ of mandamus, prohibition, and injunction in the above cause on October 24, 2019. Through this original proceeding, relator seeks (1) a writ of mandamus to compel the respondent, the Honorable Judge Fernando Mancias, to vacate his October 18, 2019 order striking relator's plea In Intervention, (2) a writ of prohibition ordering and prohibiting the respondent from interfering with the jurisdiction of the assigned senior justice of the 93rd Judicial District Court pursuant to assignment, and (3) a writ of injunction prohibiting and enjoining real parties in interest Marco A. Cantu a/k/a Mark Cantu and Roxanne Cantu a/k/a Roxana

Cantu "or any other parties in active concert with them" from filing any further lawsuits or otherwise initiating pleadings in any other court "concerning or related to the subject of these proceedings below for the purpose of forum shopping, or to avoid this Court's jurisdiction over any appeal in the proceedings below."

The Court requests that the real parties in interest—Marco A. Cantu a/k/a Mark Cantu and Roxanne Cantu a/k/a Roxana Cantu; Ricardo Rodriguez, the Hidalgo County District Attorney; and Juan L. Villescas, Assistant District Attorney; or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
25th day of October, 2019.

2